THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING FREEDMAN, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SEE COUGHLIN FIRST, INCORPORATED, Appellant, v. CARRIE A. PECK and ARTHUR REALTY COMPANY, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ARTHUR M. STAPPENBECK, Respondent, v. JOHN C. FULMER and Others, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

RICHARD G. TOBIN, Respondent, v. SAMUEL J. CASSIDY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ETHEL M. HAMLIN, Respondent, v. GUY E. HAMLIN, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ. [129 Misc. 263.]

WELTHA B. NORTH, Appellant, v. LaVOY COMPANY, INCORPORATED, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that upon this appeal from a judgment of nonsuit this court is bound to assume that the testimony introduced by the plaintiff which is most favorable to her cause of action is true and she is entitled to the benefit of all inferences which the jury might properly have found in her favor had the case been submitted to it. We are of the opinion that under that rule the testimony introduced by the plaintiff established a *prima facie* case. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

W. H. ROWERDINK & SON, Appellant, v. J. B. VANDEVEER & SON, INCORPORATED, and HARRY F. SHEPHARD, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

OTIS W. KENYON, Respondent, v. FRANCES E. MASON, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EUGENE A. BIRCHER, Plaintiff, v. ANDREW J. SMITH and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THERESA DELORENZO, Appellant, v. EUGENE DELORENZO, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES F. ZIMMERMAN, as Sheriff of the County of Erie, Plaintiff, v. MORRIS L. GASKILL, MILDRED L. GASKILL, DOROTHY H. GASKILL, KENNETH W. GASKILL and THE MUTUAL BENEFIT LIFE INSURANCE COMPANY, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BERTHA EBERHARDT, as Administratrix, etc., of EDWARD MEINKE, Deceased, Plaintiff, v. ADAM SATTLER, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.